Form FIND

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | | |
|---|---|---|
| In Re: | Zenernet Installation Company, LLC | Case No.: 23–40044 CN 7 |
| | fka Zenernet Installation Services LLC<br>Debtor(s) | Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Paul Mansdorf is discharged as trustee of the estate of the above-named debtor and the bond is canceled.

☑ the chapter 7 case of the above-named debtor is closed;

and

☐ Other

Dated: 7/18/23

By the Court:

Charles Novack
United States Bankruptcy Judge